# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ARMADA MIDCONTINENT, LLC | § | CASE NO. 15-41557 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

## ORDER GRANTING REQUEST FOR EMERGENCY HEARING TO APPROVE AGREED ORDER REGARDING POST-PETITION FINANCING

ON THIS DATE the Court considered the request for emergency hearing filed by Linda Payne, Chapter 7 Trustee in the above captioned bankruptcy proceeding ("Movant") in conjunction with her Emergency Motion To Approve Agreed Order Regarding Post-Petition Financing (the "Financing Motion"), which was filed on September 15, 2015. The Court finds that the request complies with LBR 9007(b) and demonstrates that sufficient cause exists for the scheduling of an emergency hearing on the Motion. Accordingly, **IT IS THEREFORE**

**ORDERED** that the request for emergency hearing is **GRANTED** and that a hearing on Movant's Financing Motion shall be held on September 21, 2015 at 1:30 p.m. in the Courtroom of the United States Bankruptcy Court, Suite 300, 660 North Central Expressway, Plano, Texas 75074. **IT IS FURTHER**

**ORDERED** that Movant shall give notice of this emergency hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 9/16/2015

_Brenda T. Rhoades_    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE